## UNITED STATES DISTRICT COURT
### Southern District of Iowa

U.S. Courthouse  
123 East Walnut Street  
Des Moines, Iowa 50309

Des Moines  
Davenport  
Council Bluffs

Clerk of Court's Office  
www.iasd.uscourts.gov

o: 515-284-6248  
f : 515-284-6418



May 9, 2025

Marcella R. Lockert  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judicial Building  
One Columbus Circle, NE  
Room G-255, North Lobby  
Washington, DC 20002-8004

*In Re:* MDL 3152 In re Construction Equipment Antitrust Litigation

Dear Ms. Lockert:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Signs v. Rouse Services LLC et al. Please forward this complaint to the panel for review of a Potential Tag-Along Action to the above-entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,  
/s/ Susan Lancaster  
Deputy Clerk  
Phone number 563-884-7610  
Chandlor G. Collins  
CLERK OF COURT