# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOHN SIGNS, individually and all others similarly situated,<br><br>    *Plaintiff*,<br><br>  v.<br><br>ROUSE SERVICES LLC; RB GLOBAL, INC.; UNITED RENTALS, INC.; SUNBELT RENTALS, INC.; HERC RENTALS INC.; HERC HOLDINGS INC.; H&E EQUIPMENT SERVICES, INC., SUNSTATE EQUIPMENT CO., LLC; THE HOME DEPOT, INC.; and EQUIPMENTSHARE.COM INC.,<br><br>    *Defendants*. | Case No. 4:25-cv-00158-SMR-WPK<br><br>Chief Judge Stephanie M. Rose |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff John Signs ("Plaintiff") by and through his attorneys undersigned, respectfully requests that this Court enter the Proposed Order (attached as Ex. 1) extending Defendants' time to answer or otherwise respond to the Class Action Complaint filed on April 29, 2025 (the "Complaint," ECF No. 1), pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(j). In support of this Motion, Plaintiff states:

1. Plaintiff filed this Complaint on April 9, 2025.

2. The current deadline to answer or otherwise respond to the Complaint for Defendants varies but at its earliest is July 7, 2025.

3. Fifteen other actions involving substantially similar defendants, making substantially similar allegations, and asserting substantially similar causes of action have been filed in multiple different jurisdictions. *See* Schedule of Actions (attached as Ex. 2). None of the

defendants has answered or otherwise responded to the complaints in any of the other fifteen actions.

4. Plaintiffs in the similar actions have filed competing motions before the Judicial Panel on Multidistrict Litigation (JPML) to transfer the actions for consolidated or coordinated pretrial proceedings. Mack's Junk Removal LLC, a plaintiff in one of the similar actions, filed a motion to transfer the actions to the United States District Court for the Central District of California. *See In re Construction Equipment Rental Antitrust Litig.*, MDL No. 3152 (JPML May 6, 2025), ECF Nos. 1, 3. Another plaintiff, AXG Roofing, LLC, filed a motion to transfer the actions to the United States District Court for the Northern District of Illinois. *Id.*, ECF Nos. 2, 4.[1] Both Transfer Motions remain pending. Defendants support centralization of the actions and any tag-along cases in a single judicial district for consolidated or coordinated pretrial proceedings. *Id.*, ECF No. 61. A hearing on the Transfer Motions is set before the JPML on July 31, 2025.

5. The Parties agree that it would be more efficient to continue Defendants' deadline to answer or otherwise respond to the Complaint until after the JPML has ruled on the pending Transfer Motions.

6. The Parties agree that they will confer and agree on a single consolidated deadline for Defendants to answer or otherwise respond to the Complaint within fourteen (14) days of the date of the JPML's decision on the Transfer Motions (the "Extension Period").

7. This is the first extension request from any party.

8. No party opposes the Extension Period.

9. There are no other court-imposed deadlines.

---

[1] Plaintiff Mack's Junk Removal LLC's Motion For Transfer and Coordination Or Consolidation Under 28 U.S.C. §1407 and Plaintiff AXG Roofing, LLC's Motion For Transfer and Coordination Or Consolidation Under 28 U.S.C. §1407 are collectively referred to as "Transfer Motions."

10. Good cause exists for the agreed extension to coordinate across the actions and promote efficiency.

11. The Parties agree that, during the Extension Period, none of the Parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36.

12. The Parties agree that this request does not constitute a waiver of any of the Parties' claims, rights, or defenses, including but not limited to the right to seek a further extension of Defendants' time to answer or otherwise respond to the Complaint or any other pleading filed by Plaintiff in the above-captioned action.

Plaintiff respectfully requests that the Court enter the Proposed Order granting the extension for Defendants to answer or otherwise respond to the Complaint, as set forth above.

Dated: July 1, 2025

By /s/J. Barton Goplerud
J. Barton Goplerud
Brian O. Marty
Shindler, Anderson, Goplerud & Weese PC
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265
(515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Jon A. Tostrud
Tostrud Law Group, PC
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 278-2600
Faz: (310) 278-2640
jtostrud@tostrudlaw.com

*Counsel for Plaintiff John Signs*