THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOHN SIGNS, individually and all others similarly situated,<br><br>     *Plaintiff*,<br><br>    v.<br><br>ROUSE SERVICES LLC; RB GLOBAL, INC.; UNITED RENTALS, INC.; SUNBELT RENTALS, INC.; HERC RENTALS INC.; HERC HOLDINGS INC.; H&E EQUIPMENT SERVICES, INC., SUNSTATE EQUIPMENT CO., LLC; THE HOME DEPOT, INC.; and EQUIPMENTSHARE.COM INC.,<br><br>     *Defendants.* | Case No. 4:25-cv-00158-SMR-WPK<br><br>Chief Judge Stephanie M. Rose |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Unopposed Motion To Extend Defendants' Time To Respond To Plaintiff's Complaint.  **IT IS HEREBY ORDERED:**

1. Plaintiff's Unopposed Motion To Extend Defendants' Time To Respond To Plaintiff's Complaint is **GRANTED**.

2. The deadline for Defendants Rouse Services LLC; RB Global, Inc.; United Rental, Inc.; Sunbelt Rentals, Inc.; Herc Rentals Inc.; Herc Holdings Inc.; H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC; The Home Depot, Inc.; and EquipmentShare.com Inc. (collectively the "Defendants") to answer or otherwise plead is extended and continued until a date after the Judicial Panel on Multidistrict Litigation has ruled on the Motions For Transfer and Coordination Or Consolidation Under 28 U.S.C. §1407 pending before it in MDL No. 3152.

3. The Parties shall confer and agree on a deadline for Defendants to answer or otherwise respond to the Complaint within fourteen (14) days of the date of the Judicial Panel on Multidistrict Litigation ruling on the Motions For Transfer and Coordination Or Consolidation Under 28 U.S.C. §1407 pending before it MDL No. 3152.

Dated: _____, 2025           _____
                                                                Chief Judge Stephanie M. Rose