# EXHIBIT 2 - SCHEDULE OF ACTIONS

| # | Case Caption | District | Case No. |
|---|---|---|---|
| 1 | *AXG Roofing, LLC v. RB Global, Inc., et al.*<br><br>Plaintiff: AXG Roofing, LLC<br><br>Defendants: RB Global, Inc.; Rouse Services, LLC; United Rentals, Inc.; Sunbelt Rentals, Inc.; HERC Rentals, Inc.; HERC Holdings, Inc.; H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC | N.D. Ill. | 1:25-cv-03487 |
| 2 | *Immediate Appliance Service, Inc. v. RB Global, Inc., et al.*<br><br>Plaintiff: Immediate Appliance Service, Inc.<br><br>Defendants: RB Global, Inc.; Rouse Services, LLC; Rouse Analytics, LLC; United Rentals, Inc.; United Rentals (North America), Inc.; HERC Holdings, Inc.; HERC Rentals, Inc.; Sunbelt Rentals, Inc.; H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC; The Home Depot, Inc. | N.D. Ill. | 1:25-cv-04139 |
| 3 | *Kris Swanson Construction, LLC v. RB Global, Inc., et al.*<br><br>Plaintiff: Kris Swanson Construction, LLC<br><br>Defendants: RB Global, Inc.; Rouse Services, LLC; United Rentals, Inc.; Sunbelt Rentals, Inc.; HERC Rentals, Inc.; H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC | N.D. Ill. | 1:25-cv-04236 |

| 4 | *IPCS Corp. v. RB Global, Inc., et al.*<br><br>Plaintiff: IPCS Corp.<br><br>Defendants: RB Global, Inc.; Rouse Services, LLC; United Rentals, Inc.; Sunbelt Rentals, Inc.; HERC Rentals, Inc.; HERC Holdings, Inc.; H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC | N.D. Ill. | 1:25-cv-04825 |
|---|---|---|---|
| 5 | *IZQ Construction LLC v. RB Global, Inc., et al.*<br><br>Plaintiff: IZQ Construction LLC<br><br>Defendants: RB Global, Inc.; Rouse Services, LLC; United Rentals, Inc.; Sunbelt Rentals, Inc.; HERC Rentals, Inc.; HERC Holdings, Inc.; H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC | N.D. Ill. | 1:25-cv-04872 |
| 6 | *2nd Gen Plumbing, LLC v. RB Global, Inc., et al.*<br><br>Plaintiff: 2nd Gen Plumbing, LLC<br><br>Defendants: RB Global, Inc.; Rouse Services, LLC; United Rentals, Inc.; Sunbelt Rentals, Inc.; HERC Rentals, Inc.; HERC Holdings, Inc.; H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC | N.D. Ill. | 1:25-cv-05000 |
| 7 | *Mack's Junk Removal, LLC v. Rouse Services, LLC, et al.*<br><br>Plaintiff: Mack's Junk Removal, LLC<br><br>Defendants: Rouse Services, LLC; RB Global, Inc.; United Rentals, Inc.; Sunbelt Rentals, | C.D. Cal. | 2:25-cv-03565 |

|   | | | |
|---|---|---|---|
|   | Inc.; HERC Rentals, Inc.; HERC Holdings, Inc. H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC; The Home Depot, Inc.; Equipment Share.com, Inc. | | |
| 8 | *Dwight Roberts Construction Company v. Rouse Services, LLC, et al.*<br><br>Plaintiff: Dwight Roberts Construction Company<br><br>Defendants: Rouse Services, LLC; RB Global, Inc.; United Rentals, Inc.; Sunbelt Rentals, Inc., HERC Rentals, Inc.; HERC Holdings, Inc.; H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC; The Home Depot, Inc.; Equipment Share.com, Inc. | C.D. Cal. | 2:25-cv-04031 |
| 9 | *Signs v. Rouse Services, LLC, et al.*<br><br>Plaintiff: John Signs<br><br>Defendants: Rouse Services, LLC; RB Global, Inc.; United Rentals, Inc.; Sunbelt Rentals, Inc.; HERC Rentals, Inc.; HERC Holdings, Inc. H&E Equipment Services, Inc.; Sunstate Equipment Co., LLC; The Home Depot, Inc.; Equipment Share.com, Inc. | S.D. Iowa | 4:25-cv-00158-SMR-WPK |
| 10 | *Enterprise Lodging of Huntsville, LLC v. RB Global, Inc. et al*<br><br>Plaintiff: Enterprise Lodging of Huntsville, LLC<br><br>Defendants: RB Global, Inc., Rouse Services LLC, Rouse Analytics LLC, United Rentals, | D. Conn. | 3:25-cv-00823 |

|    |                                                                                                                                                                                                                                                                                                                              |            |                |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|----------------|
|    | Inc. United Rentals (North America), Inc., Sunbelt Rentals, Inc., Herc Rentals Inc., Herc Holdings, Inc., H&E Equipment Services Inc., Sunstate Equipment Co., LLC, The Home Depot U.S.A., Inc.                                                                                                                              |            |                |
| 12 | *Ultra Home Set, LLC v. RB Global, Inc. et al*<br><br>Plaintiff: Ultra Home Set, LLC<br><br>Defendants: RB Global, Inc. Rouse Services LLC, United Rentals, Inc., United Rentals (North America), Inc., Sunbelt Rentals, Inc., Herc Rentals Inc. Herc Holdings, Inc., H&E Equipment Services Inc. Sunstate Equipment Co., LLC | N.D. Ill.  | 1:25-cv-05951  |
| 13 | *Strupp Trucking, Inc. v. RB Global, Inc. et al.*<br><br>Plaintiff: Strupp Trucking, Inc.<br><br>Defendants: RB Global, Inc. Rouse Services LLC, United Rentals, Inc., Sunbelt Rentals, Inc., Herc Rentals Inc., H&E Equipment Services, Inc., Sunstate Equipment Co., LLC                                                    | D. Conn.   | 3:25-cv-00846  |
| 14 | *McGinnis Construction Co. v. RB Global, Inc. et al.*<br><br>Plaintiff: McGinnis Construction Co., Inc.<br><br>Defendants: RB Global, Inc., Rouse Services LLC, United Rentals, Inc., Sunbelt Rentals, Inc., Herc Rentals, Inc., Herc Holdings, Inc., H&E Equipment                                                           | D. Conn.   | 3:25-cv-00873  |

| | | | |
|---|---|---|---|
| | Services, Inc., Sunstate Equipment Co., LLC | | |
| 15 | *Matrix Construction LLC v. Rouser Services LLC et al.*<br><br>Plaintiff: Matrix Construction LLC<br><br>Defendants: RB Global, Inc., Rouse Services LLC, United Rentals, Inc., Sunbelt Rentals, Inc., Herc Rentals, Inc., Herc Holdings, Inc., H&E Equipment Services, Inc., Sunstate Equipment Co., LLC, The Home Depot Inc., EquipmentShare.com Inc. | C.D. Cal. | 2:25-cv-05364 |
| 16 | *Dipietro Construction Corp., v. RB Global, Inc. et al.*<br><br>Plaintiff: Dipietro Construction Corp.<br><br>Defendants: RB Global, Inc. Rouse Services LLC, United Rentals, Inc., Sunbelt Rentals, Inc., Herc Rentals, Inc., Herc Holdings Inc., H&E Equipment Services, Inc., Sunstate Equipment Co., LLC | N.D. Ill. | 1:25-cv-06742 |